*Tuesday, February 5, 2002*

## MOTION DOCKET

**01–446. Nitchman v. Nationwide Mut. Fire Ins. Co.**
Lorain App. No. 99CA007506. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for February 6, 2002,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellant.

*Wednesday, February 6, 2002*

## MERIT DOCKET

**01–1490. Estate of Monahan v. Am. States Ins. Co.**
Certified State Law Question, No. 500CV1191. On copy of order vacating certification of state law questions by United States District Court, Northern District of Ohio, and on motion to dismiss of Fireman's Fund Insurance Company. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.